IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-02393-AP**

MARLENE GEMMELL,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Thomas A. Feldman, Esq.
1120 Lincoln Street, Suite 1306
Denver, CO 80203
(720) 917-1300
(303) 861-9214 (fax)
tfeldman@qwestoffice.net

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

## 2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application.  The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      A.      Date Complaint Was Filed:   **October 1, 2010**

      B.      Date Complaint was Served on U.S. Attorney's Office:   **October 5, 2010**

      C.      Date Answer and Administrative Record Were Filed:   **December 6, 2010**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.      OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.      BRIEFING SCHEDULE**

Plaintiff's attorney, because of workload and international travel plans, requests that briefing commence later than 40 days after the filing of this joint case management plan. Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

      A.      Plaintiff's Opening Brief:   **February 23, 2011**

      B.      Response Brief due:   **March 25, 2011**

      C.      Reply Brief due:   **April 11, 2011**

**Court's note**: *Given the overly prolonged briefing schedule set forth herein, the court will not consider any requests for extensions absent extreme circumstances.*

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

A.      Plaintiff's Statement:  **Plaintiff requests oral argument.  Oral argument would provide a useful opportunity to address the fact intensive issues in this case about the Plaintiff's mental illness.**

B.      Defendant's Statement:  **Defendant does not request oral argument.**

**10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.      ( )      All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      ( **X** )      All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.      OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 4th  day of January, 2011

BY THE COURT:

*s/John L. Kane*          
U.S. DISTRICT COURT JUDGE

APPROVED:

s/Thomas A. Feldman, Esq.
Thomas A. Feldman, Esq.
1120 Lincoln Street, Suite 1306
Denver, CO 80203
(720) 917-1300
(303) 861-9214 (fax)
tfeldman@qwestoffice.net

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/Jessica Milano
Jessica Milano
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant